# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

DAWOOD MOHAMED

VERSUS

CITY OF BATON ROUGE/PARISH
OF EAST BATON ROUGE AND
JEANNE INGALLS, INDIVIDUALLY
AND AS REPRESENTATIVE OF THE
ESTATE OF DAVID INGALLS

NO.  2025 CW 0027

**JANUARY 9, 2025**

---

In Re:    City of Baton Rouge/Parish of East Baton Rouge, applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 710833.

---

**BEFORE:    THERIOT, HESTER, AND EDWARDS, JJ.**

**STAY DENIED; WRIT DENIED.**

                    MRT
                    CHH
                    BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT